REVISED FEBRUARY 28, 2008

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 27, 2008

Charles R. Fulbruge III
Clerk

No. 07-60405
Conference Calendar

CATHERINE M STARR

Plaintiff-Appellant

v.

UNITED STATES OF AMERICA

Defendant-Appellee

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:07-CV-68

Before KING, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

Catherine M. Starr appeals the district court's dismissal of her suit for failure to comply with an earlier sanction order. The dismissal is reviewed for an abuse of discretion. See Gelabert v. Lynaugh, 894 F.2d 746, 747-48 (5th Cir. 1990). Starr argues that the sanction order was false and was limited to the proceedings of the prior suit. Starr is correct in that the 1997 sanction order prohibited her, without exception, from filing any motions or pleadings related

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to the prior suit or her involuntary commitment to the Mississippi State Hospital at Whitfield in this court or any district court in the circuit. The sanction order then provided that other pleadings or filings could be filed with the permission of a district judge. The record is clear that she was sanctioned by this court and that she had not complied with the sanction order by requesting and receiving permission to file the instant complaint. The district court did not abuse its discretion in enforcing the prior sanction order by dismissing Starr's complaint.

AFFIRMED; ALL OUTSTANDING MOTIONS ARE DENIED.